UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL K. M.,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No.:  21cv1523-KSC<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS [DOC. NO. 3.]** |

On August 27, 2021, plaintiff Cheryl K. M. commenced an action against Kilolo Kijakazi, the Acting Commissioner of Social Security, seeking review of a final adverse decision of the Commissioner. [Doc. No. 1.] Plaintiff also filed an Application to Proceed with the Complaint *in forma pauperis*. [Doc. No. 3.]

A court may authorize the commencement of a suit without prepayment of fees if the plaintiff submits an affidavit, including a statement of all his or her assets, showing that he or she is unable to pay the filing fee. *See* 28 U.S.C. § 1915(a).  The affidavit must "state the facts as to [the] affiant's poverty with some particularity, definiteness and certainty." *United States v. McQuade*, 647 F.2d 938, 940 (9th Cir.1981) (internal quotations omitted).

/ / /

A party need not be completely destitute to proceed *in forma pauperis*. *Adkins v. E.I. DuPont de Nemours & Co.*, 335 U.S. 331, 339–340 (1948). An affidavit is adequate if it shows that the applicant cannot pay the fee "and still be able to provide himself [or herself] and dependents with the necessities of life." *Id*. (internal quotations omitted).

Here, plaintiff's Application indicates she is unemployed and has retirement income of $599 per month but has no money left after paying expenses. She also owns two older model vehicles. [Doc. No. 3, pp. 1-3.] Therefore, the Court finds that plaintiff has sufficiently shown she lacks the financial resources to pay the filing fee. Accordingly,

IT IS HEREBY ORDERED THAT plaintiff's Application to Proceed with her Complaint *in forma pauperis* is GRANTED. [Doc. No. 3.]

Dated:  September 8, 2021

_____
Hon. Karen S. Crawford
United States Magistrate Judge